Troy A. Wallin, Esq. (AZ Bar No. 022894)
Chad A. Hester, Esq. (AZ Bar No. 022894)
WALLIN HESTER, PLC
Rome Towers
1760 E. Pecos Rd., Ste. 332
Gilbert, AZ 85295
Email: *courtfilings@wallinhester.com*
Telephone: 480-240-4150
Facsimile: 480-240-4151
*Attorneys for Defendants*

H. Troy Romero, (CA Bar No. 224867), *Pro Hac Vice Pending*
ROMERO PARK, P.S.
16935 W. Bernardo Drive, Suite 260
San Diego, CA 92127
Email: *tromero@romeropark.com*
Telephone: 858-592-0065

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| CARL A. WESCOTT,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>DAVID CROWE; MIKE LYONETTE; THOMAS P. MADDEN; TAYLOR COLLINS; JEFF RAU; DARRELL BUSHNELL; AMY BUSHNELL; PETER TIERNEY; KATHY FETTKE; SUSIE YEE; NORMAN DAVIES; CLAIRE DAVIES; SANDRA WINFREY; BRIAN PUTZE; COLIN ROSS; BRAD MALCOLM; MICHAEL JIMENEZ; GUSTAVO VARELA; ROBERT CROWE; BERNADETTE BROWN; FEDERICO GURDIAN; TERENCIO GARCIA, DOES 1 through 50,<br><br>　　　　　Defendants. | Maricopa County Superior Court Case No: CV2020<br><br>**NOTICE OF REMOVAL** |

**TO: THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT COURT OF ARIZONA, THE CLERK OF THE SUPERIOR COURT OF ARIZONA, COUNTY OF MARICOPA AND ALL INTEREST PARTIES**:

Please take notice that Defendants David Crowe, Mike Lyonette, Thomas P. Madden, Colin Ross, Brad Malcolm, Michael Jimenez, and Peter Tierney ("Removing Defendants") hereby remove to this Court the action originally filed in the Superior Court of Arizona in Maricopa County. The grounds for removal are set forth herein.

## STATEMENT OF THE CASE

1. On May 27, 2020, a civil proceeding was commenced by Plaintiff Carl A. Wescott in the Superior Court of the State of Arizona, County of Maricopa, Case No. CV2020-006232 (the "State Court Action") against Defendants David Crowe, Mike Lyonette, Thomas P. Madden, Taylor Collins, Darrell Bushnell, Amy Bushnell, Peter Tierney, Kathy Fettke, Susie Yee, Norman Davies, Claire Davies, Sandra Winfrey, Brian Putze, Colin Ross, Brad Malcolm, Michael Jimenez, Gustavo Varela, Robert Crowe, Bernadette Brown, Federico Gurdian, Terencio Garcia, and DOES 1 through 50.

2. On June 12, 2020, Plaintiff filed an amended complaint titled Plaintiff's [Corrected] Complaint for Breach of Contract, Promissory Fraud, Negligent Misrepresentation, Intentional Interference with Contract, Negligent Interference with Economic Advantage, & Breach of the Covenant of Good Faith and Fair Dealing (the "Amended Complaint").

3. A copy of the state court's docket for the State Court Action is attached hereto as **Exhibit A**.

4. A true and correct copy of the Complaint, the Amended Complaint, and all other pleadings and documents filed in the State Court Action are attached hereto as **Exhibit B**.

5. The State Court Action is a civil action of which this Court has original jurisdiction pursuant to 28 U.S.C. §1332. This action may be removed by Defendants pursuant to 28 U.S.C §1441 because it is a civil action between citizens of different states and countries, and the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs.

6. Plaintiff Carl A. Wescott is a resident and citizen of the state of Arizona.

7. None of the Defendants, whom are all named in their individual capacity, are residents of the state of Arizona.

8. Many of the Removing Defendants have been properly served with the Amended Complaint.

9. This Notice of Removal (the "Notice") has been filed within 30 days from the date which Plaintiff filed the Amended Complaint in the state superior court.

10. This Notice has been filed with the Clerk of the Maricopa Superior Court for the State of Arizona.

11. Because complete diversity exists and the amount in controversy exceeds $75,000, this Court has jurisdiction.

## CONCLUSION

By this Notice of Removal, Removing Defendants do not waive any objections they may have as to service, jurisdiction or venue, or any other defenses or objections they may

have to this action. Removing Defendants intend no admission of fact, law, or liability by this Notice, and expressly reserve all defenses, motions, and/or pleas.

Defendants pray that the above action now pending against them in the State Court Action be removed to this Court and that this Court assume jurisdiction over the action and determine it on the merits.

This Notice of Removal is signed pursuant to Rule 11 of the Federal Rules of Civil Procedure.

RESPECTFULLY SUBMITTED this 13th day of July, 2020.

WALLIN HESTER, PLC

By: /s/ Chad A. Hester
Chad A. Hester, Esq. (No. 022894)
*Attorneys for Removing Defendants*

ELECTRONICALLY filed and copy emailed this 13th day of July, 2020, to:

Carl A. Wescott
409 N. Scottsdale Rd., Ste. 223
Scottsdale, AZ 85257
*Plaintiff In Pro Per*
Email: carlwescott2020@gmail.com
415-335-5000

Wilton Viall, III, Esq.
12823 W. San Pablo Dr.
Sun City West, AZ 85375
*Email: billviall3@gmail.com*
*Attorney for Defendant Jeff Rau*

/s/ Lori Feasel
Lori Feasel