IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Carl A. Wescott, | No. CV-20-01383-PHX-SPL |
| Plaintiff, | |
| vs. | **ORDER** |
| David Crowe, et al., | |
| Defendants. | |

Before the Court is Plaintiff's Application to Proceed In Forma Pauperis (Doc. 24). On July 13, 2020, Defendants David Crowe, Mike Lyonette, Thomas P. Madden, Colin Ross, Brad Malcolm, Michael Jimenez, and Peter Tierney removed this case to federal court and paid the $400.00 filing fee (Doc. 1). Accordingly,

**IT IS ORDERED** that Plaintiff's Application to Proceed In Forma Pauperis (Doc. 24) is **denied as moot**.

Dated this 7th day of August, 2020.

Honorable Steven P. Logan
United States District Judge