# Exhibit B

**From:** Troy Romero
**Sent:** Thursday, July 9, 2020 9:56 AM
**To:** carlwescott2020@gmail.com
**Subject:** RE: valendictory email concerning RFAs

Mr. Wescott:

As you know this firm represents Mr. Madden and others in your frivolous lawsuit.

You are directed again to direct all further correspondence to me as Mr. Madden's attorney.

Mr. Madden's discovery responses are not due because you have yet to properly serve him with the lawsuit. Accordingly, he is not technically a party to your lawsuit.

As set forth in my letter to you from a few days ago you have until Friday to voluntarily dismiss your action. If you do not do so, then the consequences will follow.

Troy

H. Troy Romero



California Office
16935 W. Bernardo Dr., Suite 260
San Diego, CA 92127
858-592-0065

Washington Office
155 – 108th Ave. NE, Suite 202
Bellevue, WA 98004
(425) 450-5000


Begin forwarded message:

> **From:** Carl Wescott <carlwescott2020@gmail.com>
> **Date:** July 8, 2020 at 5:31:27 PM MDT
> **To:** Thomas Madden <THOMASPMADDEN@GMAIL.COM>, Carl Wescott <carlwescott2020@gmail.com>
> **Subject: valendictory email concerning RFAs**
>
>
> Mr. Madden,
>
> As another reminder, your RFAs were and are due today.

1

You've already made your opinion known about Courts as well as regulatory authorities.  When the Washington division of the SEC cracked down on you for being an "unlicensed investment banker" and defrauding elderly people in your church, in some cases out of their retirement savings, you simply moved to another state and continued the same illegal activities.

You were laughing about how you can do whatever you want, and the SEC can't do anything about it, and Courts (both civil and criminal) have no power over you... and how you're going to continue to defraud people in your church.

I'm going to attempt to hold you accountable, however, for your despicable actions on behalf of your 21 co-defendants... backstabbing, lying, thieving.

I believe that this Court will also expect that you follow Court orders and participate in Court processes.

If I don't hear from you and/or get your served RFAs (or hear they are on the way, hopefully with a courtesy digital copy), then I'm going to draft a Motion to Deem Admitted, also seeking sanctions, in the morning and file it with the Court.

If you have any intention of respecting the law and the Court's legal processes, now would be a good time to start participating.

CAW +1 415 335 5000

2