# Exhibit C

| | |
|---|---|
| **From:** | Troy Romero |
| **Sent:** | Friday, July 10, 2020 4:46 PM |
| **To:** | carlwescott2020@gmail.com |
| **Cc:** | Seth Harris; Kathy Koback |
| **Subject:** | Failure to dismiss case |

Mr. Wescott:

You failed to voluntarily dismiss your lawsuit within the time we gave you.

Accordingly, on Monday we will remove the case to federal court.

We note that you have filed motions for default against some of our clients.  Please immediately withdraw those motions.  As I mentioned before you have not properly served any of my clients.  Please understand that if we have to spend any money defending the Arizona action we will seek terms against you for doing so as we have advised you of the improper service.

Troy

H. Troy Romero



California Office
16935 W. Bernardo Dr., Suite 260
San Diego, CA 92127
858-592-0065

Washington Office
155 – 108th Ave. NE, Suite 202
Bellevue, WA 98004
(425) 450-5000