# Exhibit E

VEXATIOUS LITIGANT LIST
From Prefiling Orders Received from California Courts
Prepared and Maintained by the Judicial Council of California
(Orders prohibiting future filings entered through June 1, 2018)

| LAST NAME | FIRST NAME | MIDDLE | COURT | CASE NO. | DATE |
|---|---|---|---|---|---|
| WATERS | B. | Benedict | Los Angeles Superior Court | WEC127394 | 03/30/93 |
| WATKINS | Michael | W. | San Bernardino Superior Court | VFLVS032196 | 10/20/05 |
| WATSON | Ruby | | San Diego Superior Court | 693308 | 01/26/96 |
| WEARY | LaColya | | Los Angeles Superior Court | BC019253 | 10/31/91 |
| WEBB | Arthur | | San Francisco Superior Court | CGC08480801 | 02/10/10 |
| WEBBER | Victor | | Santa Clara Superior Court | 1-01-FL-102682 | 12/12/14 |
| WEI | Claude | | San Diego Superior Court | 37201400010974CLUD( | 07/10/14 |
| WEINER | Lawrence | | Marin Superior Court | 153501 | 08/06/92 |
| WEINER | Lawrence | | Marin Superior Court | CV085041 | 11/10/08 |
| WEISS | Michael | | Orange County Superior Court | 30200900331535-PR-PW-CJC | 08/16/17 |
| WEISS | Valerie | S. | San Diego Superior Court | 695486 | 03/12/96 |
| WEITZMAN | Arin | Karol | Alameda Superior Court | RG08417951 | 01/27/09 |
| WELCH (J-07488) | Eugene | Everett | Amador Superior Court | 09CV5842 | 10/15/10 |
| WELCH | Martha | M. | San Diego Superior Court | 37201700007841CUCRCTL | 12/19/17 |
| WELCH-BROWN | Gaye | | Sacramento Superior Court | 07AS01921 | 10/22/07 |
| WELLS | Dale | Scott | Sonoma Superior Court | SFL983906 | 03/30/00 |
| WELLS | Dale | Scott | Sonoma Superior Court | SFL951401 | 03/30/00 |
| WELLS | Frank | | Los Angeles Superior Court | BC518694 | 07/17/14 |
| WELLS | Lorraine | Althea | Los Angeles (Beverly Hills) Muni | 97U00788 | 10/30/98 |
| WELLS | William | G. | Court of Appeal, 2nd Dist, Div 2 | B235019 | 12/12/12 |
| WELSH | Joyce | L. | Contra Costa Superior Court | D0500622 | 05/17/07 |
| WELSH | Michael | | Los Angeles Superior Court | EC10390 | 01/06/93 |
| WESCOTT | Carl | A. | San Francisco Superior Court | FDI14781666 | 05/01/17 |
| WESTIN | Bruce | | Los Angeles Superior Court | YC053041 | 01/22/07 |
| WESTOVER | Heather | D. | El Dorado Superior Court | SC 20140146 | 11/09/15 |
| WETZEL | John | Louis | Los Angeles Superior Court | LC018140 | 01/19/93 |
| WHEELER | John | Frederick | Kern Superior Court | S1500CV264196 | 03/30/09 |
| WHEELER | Lorenzo | | Los Angeles Superior Court | LC100357 | 04/17/14 |
| WHITAKER | Fred | A. | Alameda Superior Court | 6873200 | 11/22/91 |
| WHITAKER | Fred | A. | Court of Appeal, 1st Dist, Div 4 | A057347 | 05/06/92 |
| WHITE | Arin | | Butte Superior Court | FL041159 | 01/26/12 |
| WHITE | Arin | | Butte Superior Court | FL040850 | 01/26/12 |
| WHITE | Arin | | Butte Superior Court | FL041076 | 01/26/12 |
| WHITE | Arin | | Butte Superior Court | FL039776 | 01/26/12 |
| WHITE | David | A. | San Diego Superior Court | 723310 | 01/15/99 |
| WHITE | Elizabeth | | San Mateo Superior Court | 17CIV01240 | 06/27/17 |