Fabian Zazueta, #032687
**ZAZUETA LAW, PLLC**
4742 N 24th St., Suite 300
Phoenix, AZ 85016
Office: (480) 522-2088
Fabian@zazuetalawfirm.com
*Attorney for Defendants Sandra Winfrey and Brian Putze*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Carl A. Wescott,<br><br>    Plaintiff,<br><br>  vs.<br><br>David Crowe; Mike Lyonette; Thomas P. Madden; Taylor Collins; Jeff Rau; Darrell Bushnell; Amy Bushnell; Peter Tierney; Kathy Fettke; Susie Yee; Norman Davies; Claire Davies; Sandra Winfrey; Brian Putze; Colin Ross; Brad Malcolm; Michael Jimenez; Gustavo Varela; Robert Crowe; Bernadette Brown; Federico Gurdian; Terencio Garcia, Does 1 through 50,<br><br>    Defendants. | Case No.: CV 20-1383 PHX-SPL<br><br>**NOTICE OF SETTLEMENT**<br><br>(Honorable<br>Steven P. Logan) |

Plaintiff Carl A. Wescott ("Plaintiff") and Defendants Sandra Winfrey and Brian Putze ("Winfrey Defendants")(collectively, "Parties"), by and through undersigned counsel, hereby give notice to the Court that they have settled all disputed matters in this case as between Plaintiff and the Winfrey Defendants, only.

The Parties expect to have their settlement agreement finalized within fourteen (14) days and will submit a stipulation for dismissal with prejudice on or before the fourteen days.

/ / /

/ / /

/ / /

1   **RESPECTFULLY SUBMITTED** this 19st day of August, 2020.

2   **ZAZUETA LAW, PLLC**                    **CARL A. WESCOTT**

3
    */s/ Fabian Zazueta*                     */s/ Carl A. Wescott (with permission)*
4   Fabian Zazueta, Esq.                     Carl A. Wescott
    4742 N. 24th St.  Suite 300              Movenpick Apartments & Hotel #229
5   Phoenix, Arizona 85016                   Opposite American Hotel – 19th St. -Oud Metha
    Fabian@zazuetalawfirm.com                Dubai, UAE 32733
6   *Attorney for Sandra Winfrey*            *Pro se Plaintiff*
    *and Brian Putze*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2

## CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2020, I electronically submitted the attached document to the Clerk's office using EMF/ECF system for filing and electronically served the same to the following recipient:

Troy A. Wallin, Esq.
Chad A. Hester, Esq.
Wallin Hester, PLC
Rome Towers
1760 E. Pecos Rd., Ste. 33
Gilbert, AZ 85295
Courtfilings@wallinhester.com

H. Troy Romero, Esq. (*Pro Hac Vice Pending*)
Romero Park, P.S.
16935 W. Bernardo Drive, Suite 260
San Diego, CA 92127
Tromero@romeropark.com
*Attorneys for Defendants*

 */s/ Fabian Zazueta*