FILED ___ LODGED
___ RECEIVED ___ COPY

AUG 2 4 2020

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

CARL A. WESCOTT
MOVENPICK APARTMENTS/HOTEL #229
BUR DUBAI, 19TH STREET, OUD METHA
ACROSS AMERICAN HOSPITAL
DUBAI, UAE (UNITED ARAB EMIRATES)
*in propria persona*
CARLWSOJ@GMAIL.COM
+971 4 336 6000

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| CARL A. WESCOTT,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>DAVID CROWE;<br>MIKE LYONETTE;<br>THOMAS P. MADDEN;<br>MICHAEL JIMENEZ;<br>JEFF RAU;<br>BRIAN PUTZE;<br>SANDRA WINFREY;<br>COLIN ROSS;<br>PETER TIERNEY;<br>BRAD MALCOLM;<br><br>　　　　　Defendants | Case No. 2:20-cv-01383-PHX-SPL<br><br>**PLAINTIFF'S COMPLIANCE WITH COURT ORDER OF JULY 28th, 2020 AND NOTICE OF SERVICE OF THE PRELIMINARY ORDER** |

On July 28th, 2020 this Court made a Preliminary Order in the instant case above. Plaintiff Carl A. Wescott, proceeding *pro se,* hereby responds to the Court order with a summary of related facts and his compliance with the Order.

The following Defendants were served in the related Superior Court case CV2020-006232 and/or have appeared: Mr. David Crowe, Mr. Mike Lyonette, Mr. Thomas P. Madden, Mr. Michael Jimenez, Mr. Jeff Rau, Mr. Brian Putze, Ms. Sandra Winfrey, Mr. Colin Ross, Mr. Peter Tierney, and

1

Mr. Brad Malcolm. The Plaintiff has not served any new Defendants since the removal of the case from state court to District Court. The Plaintiff does not seek more time to serve additional Defendants. Thus, the Plaintiff understands and expects that this Court will dismiss the other Defendants named in this action in the Superior Court filing (the twelve (12) Defendants other than these ten (10) that were served and/or that appeared) under Fed. R. Civ. P. 4(m).

The Plaintiff did not object to the removal of this case to this federal Court, does not object, and in fact supports the removal and wishes to be in this Court. Given that this set of ten (10) Defendants requested removal to this Court, thus, the Plaintiff and these ten Defendants are unanimous in our desire to be in this Court.

The Plaintiff complied with this Court's order by serving the these ten (10) Defendants with the Preliminary Order, as per the two attached Proofs of Service, and is further complying via the filing of this Notice of Service with the Court.

RESPECTFULLY SUBMITTED on August 24th, 2020

_____
CARL A. WESCOTT

| | |
|---|---|
| PLAINTIFF:<br><br>Carl A. Wescott | IN THE DISTRICT COURT<br><br>For the District of Arizona<br>_____ JUDICIAL DISTRICT |
| DEFENDANTS:<br><br>Sandra Winfrey and Brian Putze | 401 W. Washington Street<br>Phoenix, AZ 85003<br><br>_____ {CITY, STATE} |

## PROOF OF SERVICE

Concerning: Preliminary Order of July 28th, 2020
Case Name: Wescott versus Crowe, et al.      Case No.: CV-20-01383-PHX-SPL
Name of Paper(s) Served: Preliminary Order of July 28th, 2020

Method of Service:
- [ ] First-Class Mail
- [ ] Registered Mail (Copy of Receipt Attached)
- [ ] Certified Mail (Copy of Receipt Attached)
- [ ] Fax
- [x] Electronic Service
- [ ] Personal Service
- [ ] After all due diligence, I was unable to locate and serve the targeted person(s).

Person Served: _____
Address Served: _____
City: _____ State: _____ Zip: _____
Fax No. Served: _____ Time of Service: _____

I attest and swear under the penalty of perjury that I have an agreement for electronic service of this particular document with Mr. Zazueta, esq., the attorney for Ms. Winfrey and Mr. Putze, and that the document was electronically served upon them, through Mr. Zazueta, on the morning of Tuesday, August 18th, and confirmed received by Mr. Zazueta.

_____          _____
**Signature** (Carl Wescott)                                **Date** 8/24/2020

| PLAINTIFF:<br><br>Carl A. Wescott | IN THE DISTRICT COURT<br><br>For the District of Arizona<br>_____ JUDICIAL DISTRICT |
|---|---|
| DEFENDANTS David Crowe, Mike Lyonette:<br>Michael Jimenez, Jeff Rau, Colin Ross<br>Peter Tierney, Brad Malcolm, Thomas P. Madden | 401 W. Washington Street<br>Phoenix, AZ 85003<br><br>_____ {CITY, STATE) |

## PROOF OF SERVICE

Concerning: Preliminary Order of July 28th, 2020
Case Name: Wescott versus Crowe, et al.     Case No.: CV-20-01383-PHX-SPL
Name of Paper(s) Served: Preliminary Order of July 28th, 2020

Method of Service:
☐ First-Class Mail
☐ Registered Mail (Copy of Receipt Attached)
☐ Certified Mail (Copy of Receipt Attached)
☐ Fax
☑ Electronic Service
☐ Personal Service
☐ After all due diligence, I was unable to locate and serve the targeted person(s).

Person Served: _____
Address Served: _____
City: _____ State: _____ Zip: _____
Fax No. Served: _____ Time of Service: _____

I attest and swear under the penalty of perjury that I have an agreement for electronic service with the attorneys at Romero Park, P.S. for the above-named Defendants, and that the document was electronically served upon them, through their attorneys, on the morning of Tuesday, August 18th, 2020.

_____           _____
**Signature**                   **Date**

*C. Wescott*                    *8/24/2020*