| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | Fabian Zazueta, #032687<br>**ZAZUETA LAW, PLLC**<br>4742 N 24th St., Suite 300<br>Phoenix, AZ 85016<br>Office: (480) 522-2088<br>Fabian@zazuetalawfirm.com<br>*Attorney for Defendants Sandra Winfrey*<br>*and Brian Putze* |

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Carl A. Wescott,<br><br>             Plaintiff,<br><br>    vs.<br><br>David Crowe; Mike Lyonette; Thomas P. Madden; Taylor Collins; Jeff Rau; Darrell Bushnell; Amy Bushnell; Peter Tierney; Kathy Fettke; Susie Yee; Norman Davies; Claire Davies; Sandra Winfrey; Brian Putze; Colin Ross; Brad Malcolm; Michael Jimenez; Gustavo Varela; Robert Crowe; Bernadette Brown; Federico Gurdian; Terencio Garcia, Does 1 through 50,<br><br>             Defendants. | Case No.: CV 20-1383 PHX-SPL<br><br>**STIPULATION TO DISMISS WITH PREJUDICE**<br><br>(Honorable<br>Steven P. Logan) |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and this Court's Order [Doc. 36], Plaintiff Carl A. Wescott ("Plaintiff") and Defendants Sandra Winfrey and Brian Putze ("Winfrey Defendants"), by and through undersigned counsel, hereby jointly stipulate to dismiss this Action as it pertains to the Winfrey Defendants, only. This stipulation is made with prejudice and each party to bear their own fees and costs.

/ / /

/ / /

/ / /

/ / /

**RESPECTFULLY SUBMITTED** this 25st day of August, 2020.

| ZAZUETA LAW, PLLC | CARL A. WESCOTT |
|---|---|
| */s/ Fabian Zazueta* <br> Fabian Zazueta, Esq. <br> 4742 N. 24th St. Suite 300 <br> Phoenix, Arizona 85016 <br> Fabian@zazuetalawfirm.com <br> *Attorney for Sandra Winfrey and Brian Putze* | */s/ Carl A. Wescott (with permission)* <br> Carl A. Wescott <br> Movenpick Apartments & Hotel #229 <br> Opposite American Hotel – 19th St. -Oud Metha <br> Dubai, UAE 32733 <br> *Pro se Plaintiff* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 25, 2020, I electronically submitted the attached document to the Clerk's office using EMF/ECF system for filing and electronically served the same to the following recipient:

Troy A. Wallin, Esq.
Chad A. Hester, Esq.
Wallin Hester, PLC
Rome Towers
1760 E. Pecos Rd., Ste. 33
Gilbert, AZ 85295
Courtfilings@wallinhester.com

H. Troy Romero, Esq. (*Pro Hac Vice Pending*)
Romero Park, P.S.
16935 W. Bernardo Drive, Suite 260
San Diego, CA 92127
Tromero@romeropark.com
*Attorneys for Defendants*

 */s/ Fabian Zazueta*