Troy A. Wallin, Esq. (AZ Bar No. 023522)
Chad A. Hester, Esq. (AZ Bar No. 022894)
WALLIN HESTER, PLC
Rome Towers
1760 E. Pecos Rd., Ste. 332
Gilbert, AZ 85295
Email: *courtfilings@wallinhester.com*
Telephone: 480-240-4150
Facsimile: 480-240-4151
*Attorneys for Defendants*

H. Troy Romero, (*Admitted Pro Hac Vice*)
ROMERO PARK, P.S.
16935 W. Bernardo Drive, Suite 260
San Diego, CA 92127
Email: *tromero@romeropark.com*
Telephone: 858-592-0065

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Carl A. Wescott,<br><br>    Plaintiff,<br><br>vs.<br><br>David Crowe; Mike Lyonette; Thomas P. Madden; Taylor Collins; Jeff Rau; Darrell Bushnell; Amy Bushnell; Peter Tierney; Kathy Fettke; Susie Yee; Norman Davies; Claire Davies; Sandra Winfrey; Brian Putze; Colin Ross; Brad Malcolm; Michael Jimenez; Gustavo Varela; Robert Crowe; Bernadette Brown; Federico Gurdian; Terencio Garcia, Does 1 through 50,<br><br>    Defendants. | No: CV-20-1383-PHX-SPL<br><br>**CERTAIN DEFENDANTS' OBJECTION TO PLAINTIFF'S ALLEGED COMPLIANCE WITH COURT ORDER OF JULY 28TH, 2020 AND NOTICE OF SERVICE OF THE PRELIMINARY ORDER** |

Defendants David Crowe, Mike Lyonette, Thomas P. Madden, Jeff Rau, Peter Tierney, Colin Ross, Brad Malcolm, and Michael Jimenez ("Defendants") respectfully submit the following objection to Plaintiff's "Compliance with Court Order of July 28th, 2020 and Notice of Service of the Preliminary Order."

Pursuant to this Court's July 28, 2020 Preliminary Order (the "Order"), Plaintiff was ordered to file proofs of service of the summons and complaint or waivers of service with the Clerk of the Court by no later than August 25, 2020. Plaintiff has failed to do so. His arbitrary statement that he has served the Defendants (which Defendants dispute), "**and/or that appeared**" (emphasis added) does not constitute service under Fed. R. Civ. Proc. 4; nor does his filing comply with the Court's July 28, 2020 Order. As such, this Court should dismiss this action in its entirety.

RESPECTFULLY SUBMITTED this 26th day of August, 2020.

_____
H. Troy Romero

ELECTRONICALLY filed and copy
emailed this 26th day of August, 2020, to:

Carl A. Wescott
Movenpick Apartments & Hotel (#229) – Bur Dubai
Opposite American Hospital – 19th Street – Oud Metha
Dubai, UAE (United Arab Emirates) 32733
*Plaintiff In Pro Per*
Email: carlwsoj@gmail.com

Fabian Zazueta
ZAZUETA LAW, PLLC
4742 N. 24th Street, Suite 300
Phoenix, AZ 85016
Email: fabian@zazuetalawfirm.com

*Attorney for Defendants Sandra Winfrey*
*And Brian Putze*

/s/Kathy Koback