1  Troy A. Wallin, Esq. (AZ Bar No. 023522)
2  Chad A. Hester, Esq. (AZ Bar No. 022894)
   WALLIN HESTER, PLC
3  Rome Towers
   1760 E. Pecos Rd., Ste. 332
4  Gilbert, AZ 85295
5  Email: *courtfilings@wallinhester.com*
   Telephone: 480-240-4150
6  Facsimile:  480-240-4151
7  *Attorneys for Defendants*

8  H. Troy Romero, (*Admitted Pro Hac Vice*)
   ROMERO PARK, P.S.
9  16935 W. Bernardo Drive, Suite 260
10 San Diego, CA 92127
   Email: *tromero@romeropark.com*
11 Telephone:  858-592-0065

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Carl A. Wescott,<br><br>　　　　　Plaintiff,<br>vs.<br><br>David Crowe; Mike Lyonette; Thomas P. Madden; Taylor Collins; Jeff Rau; Darrell Bushnell; Amy Bushnell; Peter Tierney;  Kathy Fettke; Susie Yee; Norman Davies; Claire Davies; Sandra Winfrey; Brian Putze; Colin Ross; Brad Malcolm; Michael Jimenez; Gustavo Varela; Robert Crowe; Bernadette Brown; Federico Gurdian; Terencio Garcia, Does 1 through 50,<br><br>　　　　　Defendants. | No: CV-20-1383-PHX-SPL<br><br>**STIPULATION TO DISMISS DEFENDANT PETER TIERNEY WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Carl A. Wescott ("Plaintiff") and Defendant Peter Tierney, by and through the undersigned counsel, having settled all disputed issues between them, hereby jointly stipulate to dismiss this action with respect to Mr. Tierney, with prejudice and with each party bearing their own fees and costs.

RESPECTFULLY SUBMITTED this 11th day of September, 2020.

By: _____
    Carl A. Wescott, *Pro Se Plaintiff*

ROMERO PARK P.S.

By: /s/ H. Troy Romero
    H. Troy Romero, *Admitted Pro Hac Vice*
    *Attorneys for Defendants*

ELECTRONICALLY filed and copy emailed this 11 day of September, 2020, to:

Carl A. Wescott
Movenpick Apartments & Hotel (#229) – Bur Dubai
Opposite American Hospital – 19th Street – Oud Metha
Dubai, UAE (United Arab Emirates) 32733
*Plaintiff In Pro Per*
Email: carlwsoj@gmail.com

/s/Kathy Koback