

RECEIVED

FEB 11 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

February 9th, 2021

Clerk of the Court
United States District Court
District of California – Northern District
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

Re:  3:20-cv-064546-JD (Wescott versus Crowe et al.)
       06456 JD

Dear Clerk of the Court:

Would you please file this *Plaintiff's Motion for Leave to Amend* in the docket for 3:20-cv-064546-JD (Wescott versus Crowe et al.)

I have included a Proposed Order, too.

The documents have already been served upon the attorney for all defendants, Troy Romero, esq., pursuant to our bilateral electronic service agreement.

Please reach out to me if you have any questions or concerns.

Thank you!

Carl A. Wescott, Plaintiff *in propria persona*
8210 E. Via de la Escuela
Scottsdale, AZ 85258
+1 936 937 2688
carlwsoj@gmail.com