CLERK OF THE COURT

00005000737
anila Env. 9x12
1.79  SKU:500073

CARL A. WESCOTT
8210 E. VIA DE LA ESCUELA
SCOTTSDALE, AZ 85258
USA



INSPECTED BY
FEB 10 2021
U.S. MARSHALS SERVICE

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
DISTRICT OF CALIFORNIA - NORTHERN DISTRICT
450 GOLDEN GATE AVENUE, 16TH FLOOR
SAN FRANCISCO, CA 94102

RECEIVED
FEB 11 2021
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES POSTAL SERVICE
P  Retail
US POSTAGE PAID
$7.70
Origin: 94610
02/09/21
0555120017-05
PRIORITY MAIL 1-DAY®
0 Lb 2.90 Oz
1022
C004
EXPECTED DELIVERY DAY: 02/10/21
SHIP TO:
450 GOLDEN GATE AVE
FL 16
San Francisco CA 94102-3426
USPS TRACKING® NUMBER
9505 5110 2641 1040 6935 65