

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
DISTRICT OF CALIFORNIA - NORTHERN DISTRICT
450 GOLDEN GATE AVENUE, 16TH FLOOR
SAN FRANCISCO, CA 94102

3:20-cv-06456-JD

Tushar Mishra
2605 9th Avenue, Apt. D
Oakland, CA 94606

INSPECTED BY
FEB 17 2021
U.S. MARSHAL'S SERVICE

RECEIVED
FEB 17 2021
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA