

ORIGINAL

CARL A. WESCOTT
8210 E. VIA DE LA ESCUELA
SCOTTSDALE AZ 85258
*in propria persona*
CARLWSOJ@GMAIL.COM
+1 936 937 2688

**FILED**

MAY 25 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL A. WESCOTT, | Civil Action No. 3:20-cv-06456-JD |
| Plaintiff, | **REQUEST FOR ENTRY OF DEFAULT** |
| vs. | |
| DAVID CROWE;<br>MIKE LYONETTE;<br>JEFF RAU;<br>COLIN ROSS;<br>BRAD MALCOLM;<br>MICHAEL JIMENEZ; | |

Comes now, Plaintiff Carl A. Wescott, *pro se*, hereby requesting that the Clerk enter a default against the named Defendants, David Crowe, Mike Lyonette, Jeff Rau, Colin Ross, Brad Malcolm, and Michael Jimenez, on the basis that the record in this case demonstrates that there has been a failure to plead or otherwise defend as provided by *Fed R. Civ. P. Rule 55(a)*

On Friday, April 2nd, 2021, Judge James Donato issued an Order, beginning with these two sentences:

> **ORDER. Plaintiff's request for leave to file a second amended complaint, Dkt. No. [81], is granted. The second amended complaint at Dkt. No. [82] will serve as the operative complaint.**

**REQUEST FOR ENTRY OF DEFAULT**

At that point, the onus was on Defendants to file an Answer, or another Rule 12 Motion to Dismiss, or other responsive pleading. Thirty (30) days past April 2nd, 2021 was May 2nd, 2021. Today is Monday, May 24th, 2021, fifty-one (51) days after the Plaintiff's Second Amended Complaint (Dkt. No. [82]) was approved, well past the deadline for Defendants to file their Answer or other responsive pleading.

    The Federal Rules of Civil Procedure provide, in Rule 55:

> (a) ENTERING A DEFAULT. When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default.

The Plaintiff's affidavit certifying the facts above is attached (Exhibit A), and the docket also supports the Plaintiff's allegations, showing that they are true.

    Therefore, the Plaintiff respectfully requests that the Clerk of the Court enter the Default of the above-named Defendants in this case at bar, as there has indeed been a failure to plead or otherwise defend as provided by *Fed R. Civ. P. Rule 55(a)*.

RESPECTFULLY SUBMITTED on Monday, May 24th, 2021

CARL A. WESCOTT, *pro se*

```
CARL A. WESCOTT
8210 E. VIA DE LA ESCUELA
SCOTTSDALE AZ 85258
in propria persona
CARLWSOJ@GMAIL.COM
+1 936 937 2688
```

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL A. WESCOTT,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>DAVID CROWE;<br>MIKE LYONETTE;<br>JEFF RAU;<br>COLIN ROSS;<br>BRAD MALCOLM;<br>MICHAEL JIMENEZ; | Civil Action No. 3:20-cv-06456-JD<br><br>**EXHIBIT A: SWORN AFFIDAVIT OF CARL WESCOTT, IN SUPPORT OF PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT** |

I, Carl Wescott, hereby swear under penalty of perjury of the laws of California and of the United States of America, that the following facts are true, to the best of my memory, recollection, and belief:

1. I am 53 years old, and a resident of Scottsdale, Arizona.

2. I am competent to testify. Were I to be called to testify in this matter, my testimony would be as follows, and until that point, my written testimony is as such:

    a. First, I hereby verify all the facts in Request for Entry of Default as being true.

**EXHIBIT A: SWORN AFFIDAVIT OF CARL A. WESCOTT, IN SUPPORT OF PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT**　　　1

3. Specifically, I received notification of the April 2nd, 2021 Order by Judge James Donato via email in early April, and just re-reviewed the Order. Thus, I have first-hand knowledge of the Order.

4. I assume the Order is also in the docket.

5. I have not been served with an Answer of other responsive pleading by Defendants, nor have I received notification from the Court that such an Answer has been filed.

FURTHER AFFIANT SAYETH NAUGHT

Monday May 24th, 2021

_____
CARL A. WESCOTT, *pro se*

**EXHIBIT A: SWORN AFFIDAVIT OF CARL A. WESCOTT, IN SUPPORT OF PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT**

2

CV-Certificate of Service (Service of Papers Other than Citation)
**Instructions:** Every notice, pleading, plea, motion, or request made to the court must be served on all other parties in person, by mail or courier, by fax, by e-mail with consent, or in another manner directed by the court. Pleadings and documents other than a citation may be served by a party to the suit, an attorney of record, a sheriff or constable, or any other person competent to testify.
Proof of such service must be evidenced by a certificate of service signed by a party or the party's attorney of record, or signed and verified if the service is made by any other person, and attached to the document filed with the Court.

### CERTIFICATE OF SERVICE

I certify that this document was served on all parties to this lawsuit as follows:

Name of Document: __REQUEST FOR ENTRY OF DEFAULT__

Method of Service *(include information for each party to the lawsuit served with the document)*:

☐ Personal Delivery:
   Name of Party or Party's attorney of record or agent, if any: _____
   Address: _____
   Date delivered: _____
   Person delivering document: _____

☒ Mail or Courier:
   Name of Party or Party's attorney of record or agent, if any: __C/O MR. TROY ROMERO, ESQ.__
   Address: __ROMERO PARK, P.S.; 16935 W BERNARDO DR. #260, SAN DIEGO, CA__
   Date mailed: __MONDAY MAY 24th 2021__   Certified Mail Receipt No.: __92127__
   Courier: _____
   Date of courier delivery: _____   Courier Receipt No.: _____

☐ Fax
   Name of Party or Party's attorney of record or agent, if any: _____
   Date and time fax sent: _____   Fax number: _____

☐ Email
   Name of Party or Party's attorney of record or agent, if any: _____
   Date and time email sent: _____   Email address: _____

Signed on __5/24/2021__.    __/s/ C.A. Wescott__
                              Signature of Party or Party's Attorney of Record

Signed on _____    _____
                         Signature of Person Providing Notice

**(VERIFICATION REQUIRED IF SERVICE IS BY A PERSON OTHER THAN A PARTY OR PARTY'S ATTORNEY)**

I declare under penalty of perjury that the information in this Certificate of Service is true and correct.

Signed on __5/24/2021__

__/s/ C.A. Wescott__
Signature of Person Providing Notice
Printed Name: __CARL A. WESCOTT__
Address: __8210 E. Via de la escuela Scottsdale AZ__
Date of Birth: __6/15/67__   __AZUS__

→ VIA THIRD PARTY MAILING/SERVICE SERVICE, DocSmith