



**PRESS FIRMLY TO SEAL**   **PRESS FIRMLY TO SEAL**

U.S. POSTAGE PAID
PME 1-Day
MESA, AZ
85213
MAY 24, 21
AMOUNT
**$26.35**
1007   94102   R2304H108717-20

# UNITED STATES POSTAL SERVICE®
## PRIORITY® MAIL EXPRESS

### UNITED STATES POSTAL SERVICE® — PRIORITY MAIL EXPRESS®

EJ 841 509 903 US

**CUSTOMER USE ONLY**
FROM: (PLEASE PRINT)   PHONE (936) 937-2688

Carl [RECEIVED]
8210 E V[MAY 25 2021] De La Escuela
Scottsdale, AZ 85258
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**DELIVERY OPTIONS (Customer Use Only)**
☐ SIGNATURE REQUIRED
☐ No Saturday Delivery
☐ Sunday/Holiday Delivery Required

TO: (PLEASE PRINT)   PHONE ( )
United States District Court
District of California
450 Golden Gate Ave 16th Floor
San Francisco, CA
ZIP+4: 94102

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

 **PEEL FROM THIS CORNER**

**ORIGIN (POSTAL SERVICE USE ONLY)**
☑ 1-Day   ☐ 2-Day   ☐ Military   ☐ DPO
PO ZIP Code: 85213
Scheduled Delivery Date: 05/25/2021
Postage: $26.35
Date Accepted: 05/24/2021
Scheduled Delivery Time: ☑ 6:00 PM
Time Accepted: 3:04 ☑ PM
Weight: 4 lbs 20 ozs
Acceptance Employee Initials: BW
Total Postage & Fees: $26.35

LABEL 11-B, MAY 2021   PSN 7690-02-000-9996

EP13F Oct 2018
OD: 12 1/2 x 9 1/2

PS10001000006

* Money Back Guarantee to U.S., select APO/FPO/DPO, and select International destinations. See DMM and IMM at pe.usps.com for complete details.
† Money Back Guarantee for U.S. destinations only.    × For Domestic shipments, the maximum weight is 70 lbs. For International shipments, the maximum weight is 4 lbs.





**PRIORITY® MAIL EXPRESS**

**FLAT RATE ENVELOPE**
ONE RATE ★ ANY WEIGHT*

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE

PS10001000006

EP13F Oct 2018
OD: 12 1/2 x 9 1/2

* Money back guarantee to U.S., select APO/FPO/DPO, and select International destinations. See DMM and IMM at pe.usps.com for complete details.
* For Domestic shipments, the maximum weight is 70 lbs. For International shipments, the maximum weight is 4 lbs.