H. Troy Romero, CBN #224867
ROMERO PARK, P.S.
16935 W. Bernardo Drive, Suite 260
San Diego, CA 92127
Email: *tromero@romeropark.com*
Telephone: 858-592-0065

*Attorneys for Defendants Crowe, Lyonette,
Rau, Ross, Malcolm, and Jimenez*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CALIFORNIA
# NORTHERN DISTRICT

| | |
|---|---|
| Carl A. Wescott,<br><br>    Plaintiff,<br>vs.<br><br>David Crowe; Mike Lyonette;<br>Thomas P. Madden; Taylor Collins; Jeff Rau;<br>Darrell Bushnell; Amy Bushnell;<br>Peter Tierney; Kathy Fettke; Susie Yee;<br>Norman Davies; Claire Davies; Sandra Winfrey;<br>Brian Putze; Colin Ross; Brad Malcolm;<br>Michael Jimenez; Gustavo Varela; Robert<br>Crowe; Bernadette Brown; Federico Gurdian;<br>Terencio Garcia, Does 1 through 50,<br><br>    Defendants. | No: 3:20-cv-06456-JD<br><br>REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT<br><br>Hearing Date: Thurs., July 1, 2021<br>Hearing Time: 10:00 a.m.<br>Courtroom: 11<br>Judge: Hon. James Donato |

  Defendants David Crowe, Mike Lyonette, Colin Ross, Brad Malcolm, and Michael Jimenez ("Defendants") respectfully request this Court take judicial notice of the following in support of their Motion to Dismiss pursuant to Rule 12(b)(6). The exhibit is a list maintained by the Judicial Council of California. Thus, under Rule 201 of the Federal Rules of Evidence it is properly the subject of a request for Judicial Notice. Federal Rule of Evidence 201, states in pertinent part:

//

//

REQUEST FOR JUDICIAL NOTICE - Page 1 of 3

|   |   |
|---|---|
| 1 | Judicial Notice of Adjudicative Facts . . . (b) Kinds of facts. A judicially noticed fact must be one not subject to reasonable dispute in that it is either (1) generally known within the territorial jurisdiction of the trial court; or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned. . . |

| **Exhibit** | **Description** |
|---|---|
| 1 | Vexatious Litigant List obtained from the Judicial Council of California |

RESPECTFULLY SUBMITTED this 26th day of May 2020.

ROMERO PARK P.S.

By: */s/ H. Troy Romero*
    H. Troy Romero, CBN #224867

# Exhibit 1

VEXATIOUS LITIGANT LIST
From Prefiling Orders Received from California Courts
Prepared and Maintained by the Judicial Council of California
(Orders prohibiting future filings entered through September 1, 2020)

| LAST NAME | FIRST NAME | MIDDLE | COURT | CASE NO. | DATE | COMMENTS |
|---|---|---|---|---|---|---|
| WATERS | B. | Benedict | Los Angeles Superior Court | WEC117069 | 03/30/93 | |
| WATERS | B. | Benedict | Los Angeles Superior Court | WEC127394 | 03/30/93 | |
| WATKINS | Michael | W. | San Bernardino Superior Court | VFLVS032196 | 10/20/05 | |
| WATSON | Ruby | | San Diego Superior Court | 693308 | 01/26/96 | |
| WEARY | LaColya | | Los Angeles Superior Court | BC019253 | 10/31/91 | |
| WEBB | Arthur | | San Francisco Superior Court | CGC08480801 | 02/10/10 | |
| WEBBER | Victor | | Santa Clara Superior Court | 1-01-FL-102682 | 12/12/14 | |
| WEI | Claude | | San Diego Superior Court | 37201400010974CLUDC | 07/10/14 | |
| WEINER | Lawrence | | Marin Superior Court | 153501 | 08/06/92 | |
| WEINER | Lawrence | | Marin Superior Court | CV085041 | 11/10/08 | |
| WEISS | Michael | | Orange County Superior Court | 30200900331535-PR-PW-CJC | 08/16/17 | |
| WEISS | Valerie | S. | San Diego Superior Court | 695486 | 03/12/96 | |
| WEITZMAN | Arin | Karol | Alameda Superior Court | RG08417951 | 01/27/09 | |
| WELCH (J-07488) | Eugene | Everett | Amador Superior Court | 09CV5842 | 10/15/10 | |
| WELCH | Martha | M. | San Diego Superior Court | 37201700007841CUCRCTL | 12/19/17 | |
| WELCH-BROWN | Gaye | | Sacramento Superior Court | 07AS01921 | 10/22/07 | |
| WELLS | Dale | Scott | Sonoma Superior Court | SFL983906 | 03/30/00 | |
| WELLS | Dale | Scott | Sonoma Superior Court | SFL951401 | 03/30/00 | |
| WELLS | Frank | | Los Angeles Superior Court | BC518694 | 07/17/14 | |
| WELLS | Lorraine | Althea | Los Angeles (Beverly Hills) Muni | 97U00788 | 10/30/98 | |
| WELLS | William | G. | Court of Appeal, 2nd Dist, Div 2 | B235019 | 12/12/12 | |
| WELSH | Joyce | L. | Contra Costa Superior Court | D0500622 | 05/17/07 | Order states specifics. |
| WELSH | Michael | | Los Angeles Superior Court | EC10390 | 01/06/93 | |
| WESCOTT | Carl | A. | San Francisco Superior Court | FDI14781666 | 05/01/17 | |
| WEST | Anthony | E. | Los Angeles Superior Court | BC714698 | 09/26/19 | |
| WESTIN | Bruce | | Los Angeles Superior Court | YC053041 | 01/22/07 | |
| WESTOVER | Heather | D. | El Dorado Superior Court | SC 20140146 | 11/09/15 | |
| WETZEL | John | Louis | Los Angeles Superior Court | LC018140 | 01/19/93 | |
| WHEELER | John | Frederick | Kern Superior Court | S1500CV264196 | 03/30/09 | |
| WHEELER | Lorenzo | | Los Angeles Superior Court | LC100357 | 04/17/14 | |
| WHITAKER | Fred | A. | Alameda Superior Court | 6873200 | 11/22/91 | |
| WHITAKER | Fred | A. | Court of Appeal, 1st Dist, Div 4 | A057347 | 05/06/92 | |
| WHITE | Arin | | Butte Superior Court | FL041159 | 01/26/12 | |
| WHITE | Arin | | Butte Superior Court | FL040850 | 01/26/12 | |
| WHITE | Arin | | Butte Superior Court | FL041076 | 01/26/12 | |
| WHITE | Arin | | Butte Superior Court | FL039776 | 01/26/12 | |

**PROOF OF SERVICE BY ELECTRONIC MAIL**

I, Kathy Koback, certify and declare as follows:

I am a citizen of the United States and a resident of the State of Washington. I am over the age of 18 years and not a party to the within-entitled cause. I am an employee with the law firm of Romero Park P.S., whose addresses are 16935 West Bernardo Drive, Suite 260, San Diego, California 92127 and 155 – 108th Avenue NE, Suite 202, Bellevue, Washington 98004, which is located in the county where the mailing described below took place.

On May 26, 2021, at my place of business in Bellevue, Washington, a copy of the attached document described as:

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF
MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT

was sent via electronic mail pursuant to the parties' agreement for acceptance of service via electronic mail, and addressed to:

Carl A. Wescott
8210 e. Via De La Escuala
Scottsdale, Arizona 85258
Email: carlwsoj@gmail.com

I certify and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: May 26, 2021.

_____
Kathy Koback, Legal Assistant