

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

450 Golden Gate Avenue
San Francisco, CA 94102
*cand.uscourts.gov*

May 27, 2021

RE:  Wescott v. Crowe
    3:20-cv-06456-JD

Default is declined as to David Crowe, Mike Lyonette, Jeff Rau, Colin Ross, Brad Malcolm, and Michael Jimenez on May 27, 2021.  Defendants filed responsive pleadings at dockets 87 and 89.

Susan Y. Soong, Clerk

by:  William Noble
Case Systems Administrator