Saturday June 12th, 2021

Clerk of the Court
United States District Court
District of California – Northern District
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

RECEIVED
JUN 14 2021
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

Re: 3:20-cv-06456-JD (Wescott versus Crowe et al.), Plaintiff's Response to Defendant Jeff Rau's Motion for Judgment on the Pleadings

Dear Clerk of the Court:

Would you please file this document, Plaintiff's Response to Defendant Jeff Rau's Motion for Judgment on the Pleadings, in the docket?

The documents have already been served upon all defendants via their attorney, H. Troy Romero, esq.

Please reach out to me if you have any questions or concerns.

Thank you for your kind assistance, as always.

Carl A. Wescott, Plaintiff *pro se*
8210 E. Via de la Escuela
Scottsdale, AZ 85258
+1 936 937 2688
carlwsoj@gmail.com