UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL WESCOTT,<br><br>          Plaintiff,<br><br>    v.<br><br>DAVID CROWE, et al.,<br><br>          Defendants. | Case No. 20-cv-06456-JD<br><br>**SCHEDULING ORDER** |

The Court sets the following case management deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10. The parties are advised to review and comply with the Court's Standing Order for Civil Cases, Standing Order for Discovery in Civil Cases, and Standing Order for Civil Jury Trials.

| **Event** | **Deadline** |
|---|---|
| Add parties or amend pleadings | Closed |
| Fact discovery cut-off | July 15, 2022 |
| Expert disclosures | August 12, 2022 |
| Rebuttal expert disclosures | August 26, 2022 |
| Expert discovery cut-off | September 30, 2022 |
| Last day to file dispositive and *Daubert* motions | October 17, 2022 |
| Pretrial conference | March 2, 2023 @ 1:30pm |
| Jury Trial | March 13, 2023 @ 9:00am |

1  All dates set by the Court should be regarded as firm.  Counsel may not modify these dates
2  by stipulation without leave of court.  Requests for continuances are disfavored, and scheduling
3  conflicts that are created subsequent to the date of this order by any party, counsel or party-
4  controlled expert or witness will not be considered good cause for a continuance.  Sanctions may
5  issue for a failure to follow a scheduling or other pretrial order.  *See* Fed. R. Civ. P. 16(f)(1)(C).

**IT IS SO ORDERED.**

Dated:  April 14, 2022

_____
JAMES DONATO
United States District Judge