UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL A. WESCOTT,<br><br>               Plaintiff,<br><br>   v.<br><br>SUSIE YEE,<br><br>               Defendant. | Case No. 22-cv-02682-SK<br><br>**SUA SPONTE ORDER OF REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**<br><br>Regarding Docket No. 4 |

Plaintiff filed a complaint and application to proceed *in forma pauperis* in the Eastern District of California on January 27, 2022. (Dkt. Nos. 1, 2.) The case was transferred to the Northern District of California on May 3, 2022. (Dkt. No. 4.) Having reviewed the complaint, the Court finds that this case may be related to another case already pending in this District, *Wescott v. Crowe, et al.*, 20-06456-JD. Accordingly, pursuant to Civil Local Rule 3-12(c), the Court HEREBY REFERS this matter to Judge James Donato for the purpose of determining the relationship between the cases.

**IT IS SO ORDERED**.

Dated: July 6, 2022

*Sallie Kim*

———————————————
SALLIE KIM
United States Magistrate Judge