1  CARL A. WESCOTT
2  8210 E. VIA DE LA ESCUELA
   SCOTTSDALE AZ 85258
3  *in propria persona*
   CARLWSOJ@GMAIL.COM
4  +1 936 937 2688

5

6

7              **UNITED STATES DISTRICT COURT**

8              **NORTHERN DISTRICT OF CALIFORNIA**

9

10 CARL A. WESCOTT,                    Civil Action No. 3:20-cv-06456-JD

11              Plaintiff,             **NOTICE OF DISMISSAL**

12       vs.

13 DAVID CROWE;
14 MIKE LYONETTE;

15

16       Plaintiff Carl A. Wescott, proceeding *pro se,* hereby dismisses Defendant Mr. David Crowe
17
18 with prejudice from this action.

19

20 RESPECTFULLY SUBMITTED; signed on July 11th, 2022

21

22                                      CARL A. WESCOTT, *pro se*

23

24

25

26

                   **NOTICE OF DISMISSAL**