H. Troy Romero, CBN #224867
ROMERO PARK, P.S.
16935 W. Bernardo Drive, Suite 260
San Diego, CA 92127
Email: tromero@romeropark.com
Telephone:  858-592-0065

*Attorneys for Defendants Rau,
Malcolm, and Jimenez*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CALIFORNIA
# NORTHERN DISTRICT

| | |
|---|---|
| Carl A. Wescott,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>David Crowe; Mike Lyonette;<br>Thomas P. Madden; Taylor Collins; Jeff Rau;<br>Darrell Bushnell; Amy Bushnell;<br>Peter Tierney;  Kathy Fettke; Susie Yee;<br>Norman Davies; Claire Davies; Sandra Winfrey;<br>Brian Putze; Colin Ross; Brad Malcolm;<br>Michael Jimenez; Gustavo Varela; Robert<br>Crowe; Bernadette Brown; Federico Gurdian;<br>Terencio Garcia, Does 1 through 50,<br><br>　　　　　Defendants. | No:  3:20-cv-06456-JD<br><br>DEFENDANT JEFF RAU, BRAD MALCOLM, AND MICHAEL JIMENEZ'S REQUEST FOR ENTRY OF TERMINATION ON THE COURT'S DOCKET<br><br>Courtroom: 11<br>Judge: Hon. James Donato<br><br>***Clerk's Action Required*** |

　　　On June 17, 2022, the Court dismissed all claims against Defendants Jeff Rau, Brad Malcolm, and Michael Jimenez ("Dismissed Defendants"). (*See* Second Order re Motion to Dismiss, Dkt. #125.) As of today's date, the Court's Docket Report does not show these three Defendants as having been terminated from the case. Therefore, the Dismissed Defendants hereby request the Clerk to provide the notation on the Court's Docket Report of their dismissals.

1
2      RESPECTFULLY SUBMITTED this 18th day of July 2022.
3
4            ROMERO PARK P.S.
5
       By: */s/ H. Troy Romero*
6            H. Troy Romero, CBN #224867
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

|   |   |
|---|---|
| 1 | **PROOF OF SERVICE BY ELECTRONIC MAIL** |
| 2 | I, Kathy Koback, certify and declare as follows: |
| 3 | I am a citizen of the United States and a resident of the State of Washington. I am over the |

I, Kathy Koback, certify and declare as follows:

I am a citizen of the United States and a resident of the State of Washington. I am over the age of 18 years and not a party to the within-entitled cause. I am an employee with the law firm of Romero Park P.S., whose addresses are 16935 West Bernardo Drive, Suite 260, San Diego, California 92127 and 155 – 108th Avenue NE, Suite 202, Bellevue, Washington 98004, which is located in the county where the mailing described below took place.

On July 18, 2022, at my place of business in Bellevue, Washington, a copy of the attached document described as:

DEFENDANT JEFF RAU, BRAD MALCOLM, AND MICHAEL JIMENEZ'S REQUEST FOR ENTRY OF TERMINATION ON THE COURT'S DOCKET

was sent via electronic mail pursuant to the parties' agreement for acceptance of service via electronic mail, and addressed to:

Carl A. Wescott
8210 e. Via De La Escuala
Scottsdale, Arizona 85258
Email: carlwsoj@gmail.com

I certify and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: July 18, 2022.

_____
Kathy Koback, Legal Assistant