CARL A. WESCOTT
8210 E. VIA DE LA ESCUELA
SCOTTSDALE AZ 85258
*in propria persona*
CARLWSOJ@GMAIL.COM
+1 936 937 2688

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL A. WESCOTT,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>DAVID CROWE;<br>MIKE LYONETTE; | Civil Action No. 3:20-cv-06456-JD<br><br>**NOTICE OF DISMISSAL** |

　　Plaintiff Carl A. Wescott, proceeding *pro se,* hereby dismisses Defendant Mr. Mike Lyonette with prejudice from this action.

RESPECTFULLY SUBMITTED; signed on July 18th, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　CARL A. WESCOTT, *pro se*

**NOTICE OF DISMISSAL**